Burke v. Bader........................19178
Chase v. Chase......................19182
Columbus Ry. v. Thomas.............19173
Getz, admrx. v. Leonard Hdw. Co.......19170
Leagich v. Meliczvn...................19176
List v. Tobacco Growers' Assn.........19180
Maddex v. Columber...................19166
Mettling v. Globe Ind. Co.............19168
Monroe Bank v. Sears, Trust.........19179
Nichols v. Reeves Mfg. Co.............19175
O'Connell v. O'Connell.................19181
Polen, admr. v. Monroe Bk............19169
Popovitch v. State...................19177
State ex. v. Van Buren Sch. Dist......19171
State ex. v. Boardman Rural Dist......19172
Warren Mkt. Co. v. Corbett & Sons....19174
Weintz v. Lake Shore Banking Co......19167

### MAY 26, 1925

19166—Wm. H. Maddex v. Lucy Columber; motion to Hardin Appeals to certify. L. B. Brown, J. R. Stillings, Stickle & Cessna, Kenton, for pltf; Henderson & Roof, Kenton, for deft.

19167—Geo. Weintz v. Lake Shore Banking & Trust Co.; motion to Cuyahoga Appeals to certify. T. J. Ross, Cleveland, for pltf; Holding, Masten, Duncan & Leckie, Sawyer, Cummings, Mook & Strong, Cleveland, for deft.

### MAY 27, 1925

19168—Anna E. Mettling v. Globe Indemnity Co.; motion to Cuyahoga Appeals to certify. Quigley & Byrnes, Cleveland, for pltf; Dustin, McKehan, Merrick, Arter & Stewart, Cleveland, for deft.

19169—Chas. O. Polen, admr. v. Monroe Bank; motion to Monroe Appeals to certify. Lynch & Lynch, Woodsfield, for pltf; Moore, Devaul & Moore, Woodsfield, for deft.

19170—Daisy Getz, admrx. v. Wilkin Leonard Hardware Co.; motion to Mahoning Appeals to certify. Metcalf & Cannon, Youngstown, for pltf; McKain & Ohl, Youngstown, for deft.

19171—State of Ohio ex Retirement Board v. Van Buren School District, Bd. Ed. Darke County; in Mandamus. C. C. Crabbe, Atty. Genl., Columbus, for pltf.

19172—State of Ohio ex Retirement Board v. Board of Education, Boardman Rural School Dist.; Mahoning Co.; in Mandamus. C. C. Crabbe, Atty. Genl., Columbus, for pltf.

### MAY 28, 1925

19173—Columbus Ry. Power & Light Co. v. Margaret Thomas; motion to Franklin Appeals to certify. Johnson, Sharp, Schooler & Toland, Columbus, for pltf.; F. S. Monnett, Columbus, for deft.

19174—Warren Peoples Market Co. v. Corbett & Sons; record certified by Summit Appeals, for review. W. J. Lamb, Akron, for pltf; Whittemore & Motz, Akron, for deft.

19175—Minnie Nichols v. Reeves Mfg. Co. Motion to Tuscarawas Appeals to certify. Mitchell & Mitchell, New Philadelphia, for pltf; Wilkin, Fernsell & Fisher, New Philadelphia, for deft.

### MAY 29, 1925

19176—Louis Leagich v. Andi Melniczvn et al. Motion to Lorain Appeals to certify. Frank Coleman, Lorain, for pltf; Glitch & Stack Lorain, for deft.

19177—Mike Popovitch v. State of Ohio; motion to Tuscarawas Appeals to certify. Mitchell & Mitchell, New Philadelphia, for pltf; Jos. L. Hilton, Canton, for deft.

19178—Sadie T. Burke v. Delbert M. Bader; motion to Cuyahoga Appeals to certify. White Cannon & Spieth, Cleveland, H. M. Crow, Cleveland, for pltf; J. H. Saltsman, D. M. Bader, Cleveland, for deft.

19179—Monroe Bank v. R. F. Sears, Trustee; motion to Monroe Appeals to certify. Moore, Devaul & Moore, Woodsfield, for pltf; R. F. Sears, Woodsfield, for deft.

### JUNE 1, 1925

19180—Ed. List v. Burley Tobacco Growers Co-Operative Assn; motion to Brown Appeals to certify. Blair & Blair, Portsmouth, for pltf; Harry E. Parker et al, Georgetown, for deft.

19181—J. P. O'Connell v. Ella O'Connell; motion to Allen Appeals to certify. S. A. Armstrong, Lima, for pltf; Klinger & Klinger, Lima, for deft.

19182—Wallace S. Chase v. Agnes S. Chase; motion to Cuyahoga Appeals to certify. Melville W. Vickery, Cleveland, for pltf; Bernon, Milligan, Keeley & LeFever, Cleveland, for deft.

## PROCEEDINGS OF SUPREME COURT

### TUESDAY, JUNE 2, 1925.
#### GENERAL DOCKET

18445—Elyria (City) v. Grace L. Meachem et al; Cuyahoga Appeals, reversed. Jones, Matthias, Kinkade and Robinson, JJ., concur. Allen, J., not participating. Dock. 3-19-24; 2 Abs. 210.

18568—Royal Insurance Co. v. William S. Jack; Cuyahoga Appeals, reversed. Jones, Matthias, Kinkade and Robinson, JJ., concur. Marshall, C. J., Day and Allen, JJ., dissent. Dock. 5-10-24; 2 Abs. 339.

18688—Olga M. Herrman v. Meyer Teplitz; Cuyahoga Appeals, reversed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-5-24; 2 Abs. 436.

18784—Ohio Public Service Co. v. State ex. Fritz, Pros. Atty.; Wayne Appeals, affirmed. Marshall, C. J., Matthias, Day. Allen, Kinkade, and Robinson, JJ., concur. Dock. 9-26-24; 2 Abs. 594.